**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In Re: KEVAN HARRY GILMAN, Debtor,<br><br>TAMMY R. PHILLIPS; TAMMY R. PHILLIPS, APLC,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>AMY L. GOLDMAN,<br><br>        Defendant - Appellee. | No. 24-2249<br><br>D.C. No.<br>2:22-cv-04450-MWF<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 1:30 p.m. on Tuesday, January 13, 2026, in Courtroom Three of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.